**Order entered September 19, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00971-CV**
**No. 05-19-00973-CV**

**IN RE: M.B. AND V.B., RELATORS**

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 86428 and 87706**

## ORDER
## Before Justices Myers, Molberg, and Nowell

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is **DENIED** in part and conditionally **GRANTED** in part. The Court **ORDERS** the trial judge, the Honorable J. Andrew Bench, Judge of the 196th District Court of Hunt County, Texas, to **VACATE** that portion of the oral order of August 2, 2019 denying Relators' request for a jury trial. We **DENY** the petition for writ of mandamus in all other respects.

We further **ORDER** the trial judge to file with this Court, **within ten (10) days of the date of this order**, a certified copy of his order issued in compliance with this order. Should the trial court fail to comply with this order, the writ will issue.

/s/    ERIN A. NOWELL
        JUSTICE